UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

RUTH AYRES,

                Plaintiff,                Docket No. 08-CV-04780 (BSJ)(KNF)

        -against-

COMPANY C COMMUNICATIONS, LLC,      **ACKNOWLEDGEMENT OF SERVICE**

                Defendant.

----------------------------------------------------------------X

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

        MITCHELL SETH GENDEL, being duly sworn, deposes and says:

1.    I am an attorney duly admitted to practice law in the State of New York.

2.    I am authorized to accept service on behalf of defendant, Company C Communications, LLC ("Defendant"), of the below listed documents. Accordingly, service of the following documents upon Defendant is hereby admitted:

    (i)    Summons in a Civil Action, executed May 22, 2008;

    (ii)   Complaint, dated May 20, 2008;

    (iii)  Individual Practices of Judge Barbara S. Jones;

    (iv)  Individual Rules of Practice of Judge Kevin Nathaniel Fox; and

    (v)   3rd Amended Instructions for Filing an Electronic Case or Appeal.

_____ May 28, 2008
MITCHELL SETH GENDEL

Sworn to before me this 28th
day of May, 2008

_____
Notary Public

H. SCOTT KENYON
Notary Public, State of New York
No. 01KE5016236
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires August 9, ~~199~~ 2009