UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH AYRES,

              Plaintiff,

-against-

COMPANY C COMMUNICATIONS, LLC,

              Defendant.

08 Civ. 4780 (BSJ)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

PLEASE ENTER the appearance of Guy R. Cohen of Davis & Gilbert LLP as counsel in this case for defendant Company C Communications, LLC.

Dated: June 12, 2008
      New York, New York

DAVIS & GILBERT LLP

By:_____
       Guy R. Cohen
       Shira Franco

1740 Broadway
New York, NY 10019
gcohen@dglaw.com
sfranco@dglaw.com
(212) 468-4800

*Attorneys for Defendant Company C
Communications, LLC*