UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUTH AYRES,

          Plaintiff,

-against-

COMPANY C COMMUNICATIONS, LLC,

          Defendant.

---

08 Civ. 4780 (BSJ)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Company C Communications, LLC ("Company C") certifies that MDC Partners Inc. is a corporate parent of Company C that is publicly held and indirectly owns 10% or more of Company C's stock.

Dated: June 12, 2008
      New York, New York

                            DAVIS & GILBERT LLP

                            By: _____
                                  Guy R. Cohen
                                  Shira Franco

                            1740 Broadway
                            New York, NY 10019
                            gcohen@dglaw.com
                            sfranco@dglaw.com
                            (212) 468-4800

                            *Attorneys for Defendant Company C Communications, LLC*