UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RUTH AYRES,
                                                            :
        Plaintiff,
                                                            :
    -against-                                                ORDER
                                                            :
COMPANY C COMMUNICATIONS, LLC,         08 Civ. 4780 (BSJ)(KNF)
                                                            :
        Defendant.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A pretrial conference was held with counsel to the respective parties on July 2, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, shall be initiated so as to be completed on or before November 14, 2008;

2. a settlement conference shall be held with the parties on September 9, 2008, at 2:30 p.m.;

3. if necessary, a telephonic status conference shall be held with the parties on October 8, 2008, at 11:30 a.m. Counsel to the plaintiff shall initiate the telephonic conference on that date; and

4. if necessary, the parties' joint pretrial order shall be submitted to the Court on or before December 15, 2008. That document must conform with the requirements

for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York
July 2, 2008

SO ORDERED:

*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE