LEVY DAVIS & MAHER, LLP
Jonathan A. Bernstein  (JB 4053)
29 Broadway, 9th Floor
New York, New York 10006
(212) 371-0033
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| RUTH AYRES, | : | |
| | : | 08 Civ. 4780 (BSJ) (KNF) |
| Plaintiff, | : | |
| | : | |
| - against - | : | **NOTICE OF APPEARANCE** |
| | : | |
| COMPANY C COMMUNICATIONS, LLC, | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for Ruth Ayres.

Dated:  New York, New York
         August 26, 2008

                      LEVY DAVIS & MAHER, LLP

                      By:  _____/s/_____

                      Jonathan A. Bernstein (JB 4053)
                      Attorneys for Plaintiff
                      29 Broadway, 9th Floor
                      New York, New York 10006
                      (212) 371-0033

To:    Guy Robert Cohen, Esq.
        Shira Franco, Esq.
        Davis & Gilbert LLP
        Attorneys for Defendant
        1740 Broadway
        New York, New York 10019
        (212) 468-4853