X 317—Consent to Change (Substitution) of Attorney.

COPYRIGHT 1975 BY JULIUS BLUMBERG, INC., LAW BLANK PUBLISHERS 80 EXCHANGE PL. AT BROADWAY, N. Y. C. 10004

*Consent must be signed by attorney of record and signed and acknowledged by party. Type name beneath each signature.*

UNITED STATES DISTRICT COURT
~~COUNTY OF~~ SOUTHERN DISTRICT OF NEW YORK

*Index No.*
08 Civ. 4780 (BSJ) (KNF)

RUTH AYRES,

*Plaintiff(s)*,

*against*

COMPANY C COMMUNICATIONS, LLC,

*Defendant(s)*.

CONSENT
TO CHANGE
ATTORNEY

*Esq.*

IT IS HEREBY CONSENTED THAT
Jonathan Adam Bernstein, Levy Davis & Maher, LLP,

*of No.* 29 Broadway, 9th Flr., New York, NY 10006

be substituted as attorney(s) of record for the undersigned party(ies) in the above entitled action in place

and stead of the undersigned attorney(s) as of the date hereof.

*Dated:* August 26, 2008

RUTH AYRES

Gilbride, Tusa, Last & Spellane LLC
BY:
Frederic P. Rickles

STATE OF NEW YORK
COUNTY OF NEW YORK
} ss.:

On the 26th day of August , 2008 x19x , before me personally came

Ruth Ayres

to me known, and known to me to be the same person described in and who executed the foregoing consent

and acknowledged to me that s he executed the same.

JONATHAN A. BERNSTEIN
Notary Public, State of New York
No. 31-5010034
Qualified in Queens County
Commission Expires March 26, 2011