UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RUTH AYRES,

                              Plaintiff,                            Docket No. 08-CV-04780 (BSJ)(KNF)

        -against-                                            NOTICE OF MOTION TO
                                                                   SUBSTITUTE COUNSEL
COMPANY C COMMUNICATIONS, LLC,           OF RECORD

                              Defendant.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the annexed affidavit of Bennett H. Last, Esq., sworn to on August 27, 2008 and the exhibits annexed thereto, Plaintiff, Ruth Ayres ("Plaintiff"), by her counsel, Gilbride, Tusa, Last & Spellane LLC, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order pursuant to Local Civil Rule 1.4 transferring representation of Plaintiff from Gilbride, Tusa, Last & Spellane to Levy Davis & Maher, LLP, 29 Broadway, 9th Floor, New York, New York 10006 in this action.

Dated:  New York, New York
          August 28, 2008

                                                       GILBRIDE, TUSA, LAST & SPELLANE LLC

                                                       By:   */s/ Bennett H. Last*
                                                           Bennett H. Last (BL7607)
                                                     Attorneys for Plaintiff, Ruth Ayres
                                                     708 Third Avenue, 26th floor
                                                     New York, New York 10017
                                                     (212) 692-9666