UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RUTH AYRES,

                              Plaintiff,                  Docket No. 08-CV-04780 (BSJ)(KNF)

             -against-                         AFFIDAVIT IN SUPPORT
                                             OF MOTION TO SUBSTITUTE
COMPANY C COMMUNICATIONS, LLC,        COUNSEL OF RECORD

                             Defendant.
------------------------------------------------------------------X

STATE OF NEW YORK      )
                            ) ss.:
COUNTY OF NEW YORK  )

        BENNETT H. LAST, being duly sworn, deposes and says:

        1.      I am an attorney and member of the firm of Gilbride, Tusa, Last & Spellane LLC ("GTLS"), attorneys for Plaintiff Ruth Ayres ("Plaintiff") in the above-captioned matter. I make this affidavit in support of GTLS's motion, pursuant to Local Rule 1.4, for an order granting GTLS leave to withdraw as counsel for Plaintiff. The facts set forth herein are true to my personal knowledge.

        2.      On May 22, 2008, the above-captioned employment dispute was commenced by the filing of a summons and complaint. On June 12, 2008, Defendant Company C Communications, LLC ("Defendant"), by and through its counsel Davis & Gilbert LLP, appeared in this proceeding and answered the complaint.

        3.      Plaintiff has requested that Levy Davis & Maher, LLP handle this matter on her behalf instead of GTLS. Upon information and belief, Levy Davis & Maher, LLP concentrates it practice in the area of employment related litigation and is therefore well suited to represent Plaintiff in this matter.

4.    On August 26, 2008, GTLS executed a Consent to Change Attorney agreeing, subject to this Court's Order, to substitute Levy Davis & Maher, LLP as attorneys for Plaintiff in GTLS's place and stead. A copy of the Consent to Change Attorney is attached hereto as Exhibit "A".

5.    Discovery in this proceeding is in its initial stages. While the parties have exchanged F.R.C.P. 26(a) initial disclosures, no other discovery has taken place. No depositions have yet been taken, nor are there any outstanding discovery demands. Pursuant to this Court's scheduling Order, dated July 2, 2008 (the "Scheduling Order"), discovery is to be completed on or before November 14, 2008 and a settlement conference is currently scheduled for September 9, 2008. A copy of the Scheduling Order is annexed hereto as Exhibit "B".

6.    Given the early stages of this litigation and the limited discovery that has taken place, GTLS respectfully submits that Defendant will not be prejudiced by the granting of this motion.

7.    Jonathan Adam Bernstein, Esq. of Levy Davis & Maher, LLP has already filed a Notice of Appearance in this proceeding. I have agreed to assist Mr. Bernstein in the transition and do not expect any appreciable modifications to the Court's Scheduling Order.

WHEREFORE, GTLS respectfully requests that this motion be granted and that the Court allow GTLS to withdraw as counsel in this proceeding.

BENNETT H. LAST

Sworn to before me this
27th day of August, 2008

Notary Public

SAL MELI
Notary Public, State of New York
No. 02ME6080256
Qualified in Kings County
Commission Expires Sept. 9, 20 10

EXHIBIT "A"

X 317—Consent to Change (Substitution) of Attorney.

COPYRIGHT 1974 BY JULIUS BLUMBERG, INC., LAW BLANK PUBLISHERS
80 EXCHANGE PL. AT BROADWAY, N. Y. C. 10004

*Consent must be signed by attorney of record and signed and acknowledged by party. Type name beneath each signature.*

UNITED STATES DISTRICT   COURT
~~COUNTY OF~~ SOUTHERN DISTRICT OF NEW YORK

RUTH AYRES,

*Plaintiff(s)*,

*against*

COMPANY C COMMUNICATIONS, LLC,

*Defendant(s)*.

*Index No.*

08 Civ. 4780 (BSJ) (KNF)

CONSENT
TO CHANGE
ATTORNEY

IT IS HEREBY CONSENTED THAT
Jonathan Adam Bernstein, Levy Davis & Maher, LLP,

*Esq.*

*of No.*   29 Broadway, 9th Flr., New York, NY 10006

*be substituted as attorney(s) of record for the undersigned party(ies) in the above entitled action in place*
*and stead of the undersigned attorney(s) as of the date hereof.*

*Dated:*   August 26, 2008

RUTH AYRES

Gilbride, Tusa, Last & Spellane LLC
BY:
Frederic P. Rickles

STATE OF        NEW YORK
COUNTY OF       NEW YORK      } *ss.:*

*On the*  26th  *day of*  August  , 2008      ~~xxx~~  , *before me personally came*
Ruth Ayres
*to me known, and known to me to be the same person   described in and who executed the foregoing consent*
*and acknowledged to me that   s ho      executed the same.*

JONATHAN A. BERNSTEIN
Notary Public, State of New York
No. 31-5010034
Qualified in Queens County
Commission Expires March 22, 2011

EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                      :
RUTH AYRES,
                                                      :
            Plaintiff,
                                                      :
      -against-                                                      ORDER
                                                      :
COMPANY C COMMUNICATIONS, LLC,                                       08 Civ. 4780 (BSJ)(KNF)
                                                      :
            Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED. ___7/3/08___

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A pretrial conference was held with counsel to the respective parties on July 2, 2008.

As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.    all discovery, of whatever nature, shall be initiated so as to be completed on or

      before November 14, 2008;

2.    a settlement conference shall be held with the parties on September 9, 2008, at

      2:30 p.m.;

3.    if necessary, a telephonic status conference shall be held with the parties on

      October 8, 2008, at 11:30 a.m.  Counsel to the plaintiff shall initiate the telephonic

      conference on that date; and

4.    if necessary, the parties' joint pretrial order shall be submitted to the Court on or

      before December 15, 2008.  That document must conform with the requirements

for such an order that are found in the Individual Rules of Practice of the assigned

district judge.

Dated: New York, New York
      July 2, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE