UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RUTH AYRES,

                                  Plaintiff,                        Docket No. 08-CV-04780-BSJ-KNF

       -against-

COMPANY C COMMUNICATIONS, LLC,              **AFFIDAVIT OF SERVICE**

                                  Defendant.
-------------------------------------------------------------X

        SAL MELI, being duly sworn, deposes and says:

        1.    I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York.

        2.    On August 28, 2008, I served a true copy of (i) the Notice of Motion to Substitute Counsel of Record and (ii) the Affidavit [of Bennett H. Last] in Support of Motion to Substitute Counsel of Record, by mailing a copy of the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, to the last known address of the addressee as indicated below:

Guy Robert Cohen, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

Ms. Ruth Ayres
46 Midrocks Drive
Norwalk, CT 06851

Jonathan Adam Bernstein, Esq.
Levy Davis & Maher, LLP
29 Broadway, 9th Floor
New York, NY 10006

                                                    */s/ Sal Meli*
                                                    Sal Meli

Sworn to before me this
28th day of August, 2008

*/s/ Kirsti A. Strube*
Notary Public

KIRSTI A. STRUBE
Notary Public, State of New York
No. 4972465
Qualified in Suffolk County
Commission Expires October 1, 20 10