UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
RUTH AYRES,
:
       Plaintiff,
:
    -against-                                            ORDER
:
COMPANY C COMMUNICATIONS, LLC,        08 Civ. 4780 (BSJ)(KNF)
:
       Defendant.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The application made by Bennett H. Last, that the law firm Gilbride, Tusa, Last & Spellane LLC be relieved of the obligation of continuing to represent the plaintiff, which appears as Docket Entry No. 12 on the docket sheet maintained by the Clerk of Court for this action, is granted.

Dated: New York, New York                  SO ORDERED:
       September 2, 2008

                                                  _____
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE