

SHELDON I. LEVY (1927-1999)
MALCOLM H. DAVIS
DAMON R. MAHER
JONATHAN A. BERNSTEIN

HARMON L. FIELDS

# LEVY DAVIS & MAHER, LLP
ATTORNEYS AT LAW

29 Broadway, Ninth Floor
New York, New York 10006

## MEMO ENDORSED

TELEPHONE: (212) 871-0033
FACSIMILE: (212) 371-0463
www.levydavis.com
E-MAIL: thefirm@levydavis.com

August 28, 2008

**By Fax Only**

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge
United States Court House
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:  Ayres v. Company C
Communications, LLC,
<u>08 Civ. 04780 (BSJ) (KNF)</u>

Dear Magistrate Judge Fox:

    We represent the plaintiff in this action for breach of contract. We were retained on August 26, 2008. A consent to substitute counsel form and our notice of appearance were filed ECF on that date.

    A settlement conference before Your Honor is currently set for September 9, 2008, at 2:30 p.m. I write with consent of defense counsel to request a brief adjournment of the conference. Counsel jointly proposes the following dates: September 24 or September 25.

> 9/5/08
> The settlement conference previously scheduled for September 9, 2008, will be held on October 13, 2008, at 2:30p.m.
> SO ORDERED:
> /Kevin Nathaniel Fox/, U.S.M.J.

Respectfully submitted,

Jonathan A. Bernstein

JAB:hlf

cc: Guy Robert Cohen, Esq. (Attorney for Defendant)